KATHLEEN KILEY MURPHY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant, and Others, Defendants.— The corporate defendant moved to dismiss the complaint in this action in equity for rescission and an accounting, based on conspiracy and fraud in the exchange of mortgages with plaintiff, and also asked other and further relief. Order denying motion affirmed, with ten

dollars costs and disbursements. Defendant has leave to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.